395 A.2d 1016

Commonwealth v. Graham, Appellant.

Submitted September 12, 1977. Lawrence J. Keating, for appellant; Henry S. Kenderdine, Jr., Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

395 A.2d 1016

Commonwealth v. McCarty, Appellant.

Submitted June 12, 1978. Gerald C. Grimaud, Public Defender, for appellant; James E. Davis, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.